AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Dillon Scott DEES | ) Case No. SA:23MJ962 |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Dillon Scott DEES,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S. Code § 1958 - Use of interstate commerce facilities in the commission of murder-for-hire

Date: 07/06/2023

*Issuing officer's signature*

City and state: San Antonio, Texas

Henry J. Bemporad, United States Magistrate
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Dillon Scott DEES
Known aliases: N/A
Last known residence: 181 Forest Trail New Braunfels Texas
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers: 830-832-6232
Place of birth: Texas
Date of birth: 03/15/1990
Social Security number: 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
Height: 6'3"     Weight: 210
Sex: M          Race: W
Hair: Black     Eyes: Brown
Scars, tattoos, other distinguishing marks: N/A

History of violence, weapons, drug use: None

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:
Complete description of auto: 2006 Toyota Tundra - TX HHJ1111
Investigative agency and address: FBI San Antonio - 5740 University Heights Blvd. San Antonio, TX

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
N/A

Date of last contact with pretrial services or probation officer *(if applicable)*: N/A